UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY ANN VILLARREAL, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-347 |
| MICHAEL J. ASTRUE, | § § § | |
| Defendant. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ATTORNEY FEES

On April 13, 2012, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the plaintiff's motion for attorney fees, (D.E. 21), be denied because the fee application was not timely filed pursuant to the Equal Access to Justice Act. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that the plaintiff's motion for attorney fees is denied.

SIGNED and ORDERED this 15th day of May, 2012.

_____
Janis Graham Jack
Senior United States District Judge